1  LAW OFFICES OF DAVID P. GARDNER
   David P. Gardner, Esq. (SBN 123787)
2  755 Baywood Drive, 2nd Floor
   Petaluma, CA 94951
3
   Attorney for Defendant
4  DELIVERY ASSOCIATES, INC.

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SANTA ROSA DIVISION

11  In re                                    )  Chapter 11 Case No. 11–10231
                                             )
12  RMS PROPERTIES, LLC,                     )
                                             )
13              Debtor.                      )
                                             )
14  _____ )
                                             )
15  RMS PROPERTIES, LLC,                     )
                                             )  Adversary Proceeding No. 12–1134
16              Plaintiff,                   )
                                             )
17          vs.                              )  **CONSENT ORDER GRANTING**
                                             )  **SUBSTITUTION OF ATTORNEY**
18  DELIVERY ASSOCIATES, INC.,               )
                                             )
19              Defendant.                   )
    _____ )
20
            Notice is hereby given that, subject to approval by the court, Defendant Delivery Associates,
21
    Inc. substitutes David P. Gardner, Esq., State Bar No. 123787, as counsel of record in place of G.
22
    Thomas Leonard, Esq..
23
            Contact information for new counsel is as follows:
24
            LAW OFFICES OF DAVID P. GARDNER
25          David P. Gardner, Esq.
            755 Baywood Drive, 2nd Floor
26          Petaluma, CA 94954
            T: (707) 658-4460
27          F: (707) 665-5291
            dgardner.esq@gmail.com
28

                                              1

1    I consent to the above substitution.

2    Dated: December 10, 2012                 /S/ Russell Harvey
                                                 Russell Harvey, President
3                                                    DELIVERY ASSOCIATES, INC.

4

   I consent to being substituted.
5
   Dated: December 10, 2012                 /S/ G. Thomas Leonard
6                                                    G. Thomas Leonard
                                                 Former Attorney
7

8    I consent to the above substitution.

9    Dated: December 18, 2012                 /S/ David P. Gardner
                                                   David P. Gardner
10                                                  New Attorney

11

12

   The substitution of attorney is approved and so ORDERED.
13

14    Date: December 19, 2012

15

                                            Alan Jaroslovsky
16                                             U.S. Bankruptcy Judge

17

18

19

20

21

22

23

24

25

26

27

28