LAW OFFICES OF DAVID P. GARDNER
David P. Gardner, Esq. (SBN 123787)
755 Baywood Drive, 2nd Floor
Petaluma, CA 94951

Attorney for Defendant
DELIVERY ASSOCIATES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Chapter 11 Case No. 11–10231 |
| RMS PROPERTIES, LLC, | |
| Debtor. | |
| | |
| RMS PROPERTIES, LLC, | |
| Plaintiff, | Adversary Proceeding No. 12–1134 |
| vs. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| DELIVERY ASSOCIATES, INC., | |
| Defendant. | |

    Notice is hereby given that, subject to approval by the court, Defendant Delivery Associates, Inc. substitutes David P. Gardner, Esq., State Bar No. 123787, as counsel of record in place of G. Thomas Leonard, Esq..

    Contact information for new counsel is as follows:

LAW OFFICES OF DAVID P. GARDNER
David P. Gardner, Esq.
755 Baywood Drive, 2nd Floor
Petaluma, CA 94954
T: (707) 658-4460
F: (707) 665-5291
dgardner.esq@gmail.com

1

I consent to the above substitution.

Dated: December 10, 2012        /S/ Russell Harvey
                                Russell Harvey, President
                                DELIVERY ASSOCIATES, INC.

I consent to being substituted.

Dated: December 10, 2012        /S/ G. Thomas Leonard
                                G. Thomas Leonard
                                Former Attorney

I consent to the above substitution.

Dated: December 18, 2012        /S/ David P. Gardner
                                David P. Gardner
                                New Attorney

The substitution of attorney is approved and so ORDERED.

Date:  December 19, 2012

                                Alan Jaroslovsky
                                U.S. Bankruptcy Judge

2