**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                         No. 11-10231

RMS Properties, LLC

                Debtor(s). /

RMS Properties, LLC
                Plaintiff(s),

    v.                                                                     A.P. No. 12-1134

Delivery Associates, Inc.

                Defendant(s). /

**SCHEDULING CONFERENCE ORDER AND NOTICE OF TRIAL**

Following scheduling conference, IT IS ORDERED as follows:

1. Trial in the above matter is set for June 25, 2013, at 9:00 A.M. at 99 South E Street, Santa Rosa, California. This is a DATE CERTAIN.

2. All depositions and other discovery shall be concluded by May 24, 2013. All interrogatories shall be served such that responses are due before then. Discovery motions must be heard timely; TRIALS WILL NOT BE CONTINUED DUE TO DISCOVERY DISPUTES.

3. The parties shall comply with all of the requirements of FRCP 26, including the pretrial disclosures set forth in Rule 26(a)(3). In addition, the parties shall pre-mark each exhibit with a standard exhibit stamp and shall exchange copies of all exhibits not intended for rebuttal at least seven days before the trial. Plaintiff shall use numbers and defendant letters in pre-marking exhibits.

On the day of trial, each counsel shall be prepared to either stipulate to the admission of each exhibit or state a clear, precise and proper reason for an objection to admission.

4. At least seven days before trial all parties shall email to Chambers_Orders@canb.uscourts.gov and opposing parties proposed findings of fact and conclusions of law. Each element of every claim or affirmative defense shall be separately identified and discussed, including all burdens of proof or persuasion. Proposed findings and conclusions shall not be filed.

5. Failure to strictly abide by the terms of this order may subject a party to default, dismissal, or other sanctions.

6. If this space is checked, direct testimony of all witnesses expert witnesses only accounting witnesses only shall be in the form of declarations filed and served at least 7 days before trial. Declarants shall be present in court for cross-examination unless the other parties waive the right to cross-examine.

Dated: February 20, 2013

Alan Jaroslovsky
U.S. Bankruptcy Judge