LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN (SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bankruptcy No. 11-10231 |
| RMS PROPERTIES, LLC | Chapter 11 |
| Debtors | A. P. No.: 12-01134 |
| RMS PROPERTIES, LLC | PLAINTIFF'S PRETRIAL DISCLOSURES |
| Plaintiff, | |
| v. | |
| DELIVERY ASSOCIATES, INC., a California corporation, | |
| Defendant. | |

The Plaintiff makes the following pre-trial disclosures pursuant to FRCP Rule 26(a)(3):

WITNESSES: Jayne R. Slayton, Managing Member of Plaintiff
P. O. Box 4343
Santa Rosa, California 95402-4343

DOCUMENTS:
(1) Complaint
(2) Answer of the defendant, Delivery Associates, Inc.
(3) Proof of Claim of Delivery Associates, Inc. with attachments;
(4) Plaintiff's Personal Property List attached and marked as Plaintiff's Exhibit 1;
(5) One (1) page Fax dated 8/29/07 from Robbie Stern to Delivery Associates, marked Plaintiff's Exhibit 2.
(6) Plaintiff's Request for Production of Documents and Request for Inspection of Property to Defendant, Delivery Associates, Inc.,

|   |     | Set One; specifically, Request No. 1(a) |
|---|-----|------|
| 1 |     |      |
| 2 | (7) | Defendant, Delivery Associates, Inc.'s Responses to Plaintiff's Request for Production of Documents and Request for Inspection of Property-Set One; specially response no. 1(a) and the documents provided as Exhibit "A" thereto. |

DATED: August   , 2012

MIKEL D. BRYAN, P.C.

*/s/ Mikel D. Bryan*

By: Mikel D. Bryan
Attorney for Plaintiff

Page 2

List of Personal Property at Delivery Associates

| | Date | Cost | Paid | Balance | Paid By | Check # | Location | Storage Fees |
|---|---|---|---|---|---|---|---|---|
| Invoice #1074 | | | | | | | | |
| Computer Credenza | 1/29/2007 | $5,200.00 | 5,200.00 | 0 | L. Ring 2/21/07 | 14270 | Delivery Associates | |
| Bear Hall Stand | 1/29/2007 | $1,866.66 | 1,866.66 | 0 | L. Ring 2/21/07 | 14270 | Delivery Associates | |
| Total | | $7,066.66 | 7,066.66 | | L. Ring 2/21/07 | 14270 | Delivery Associates | 1328.75 |
| Invoice #2006 | 1/4/2008 | | | | | | | |
| Queen bed & 2 night stands | | $2,132.00 | 2,132.00 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | 3858.6 |
| Leather sofa | | $1,598.66 | 1,598.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| Chair | | $1,598.66 | 1,598.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| Accent Table | | $1,999.66 | 1,999.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| Dresser w/ marble top | | $3,993.33 | 3,993.33 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| Chest w/marble top | | $2,666.66 | 2,666.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| 2 Light Fixtures Entry | | $8,966.66 | 8,966.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| 1 sideboard | | $1,266.66 | 1,266.66 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | incl.in 3858.60 |
| freight/delivery charge | | $110.00 | 110.00 | 0 | RMS 01/08/08 | 1045 | Delivery Associates | |
| Total | | $24,332.29 | 24,332.29 | | | | | |
| Invoice #2012 | 3/7/2008 | | | | | | | |
| Hickory headboard & 2 stands | | $5,733.33 | 5,733.33 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | 8233.6 |
| Headboard w/tv pop up/stands | | $10,000.00 | 10,000.00 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Entertainment center | | $5,133.33 | 5,133.33 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Corner computer center | | $2,000.00 | 2,000.00 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Chairside Table | | $200.00 | 200.00 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Round End Table | | $266.66 | 266.66 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Coffee Table & End Table | | $1,066.66 | 1,066.66 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Leather Wing Desk Chair | | $800.00 | 800.00 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Black Pull Up Chairs | | $800.00 | 800.00 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Round Back Leather Desk Chair | | $333.33 | 333.33 | 0 | RMS 3/2 & 3/13/08 1078 &1069 | | Delivery Associates | incl. in 8233.6 |
| Total | | $26,333.31 | $26,333.31 | | | | Delivery Associates | |
| Invoice #2021 | 5/5/2008 | | | | | | | |
| Swivel Chair | | 1,188.00 | 1,188.00 | 0 | RMS 05/13/08 | 1107 | Delivery Associates | 4898 |
| Curio Cabinet | | 9,192.00 | 9,192.00 | 0 | RMS 05/13/08 | 1107 | Delivery Associates | incl. in 4898 |



Case: 12-01134    Doc# 8    Filed: 06/18/13    Entered: 06/18/13 14:41:10    Page 3 of 6

| | | | | | |
|---|---|---|---|---|---|
| Chest | | 2,144.00 | 2,144.00 | 0 RMS 05/13/08 | 1107 Delivery Associates | incl. in 4898 |
| Desk | | 3,049.00 | 3,049.00 | 0 RMS 05/13/08 | 1107 Delivery Associates | incl. in 4898 |
| Buffet | | 6,596.00 | 6,596.00 | 0 RMS 05/13/08 | 1107 Delivery Associates | 1139 |
| Freight/delivery | | 635.00 | 635.00 | 0 | | Delivery Associates | |
| Total | | 22,804.00 | 22,804.00 | | | |
| Invoice #2030 | 7/7/2008 | | | | | |
| Bedroom chair | | 733.33 | 733.33 | 0 RMS 07/22/08 | 1140 Delivery Associates | 3858.6 |
| Box side chair | | 830.66 | 830.66 | 0 RMS 07/22/08 | 1140 Delivery Associates | incl. in 4898 |
| Cocktail table | | 869.76 | 869.76 | 0 RMS 07/22/08 | 1140 Delivery Associates | 645 |
| Side table | | 624.00 | 624.00 | 0 RMS 07/22/08 | 1140 Delivery Associates | incl. 645 |
| Lamp | | 309.00 | 309.00 | 0 RMS 07/22/08 | 1140 Delivery Associates | 177 |
| Freight | | 135.00 | 135.00 | | Delivery Associates | |
| Total | | 3,501.75 | 3,501.75 | | | |
| Invoice #2029 | 7/17/2008 | | | | | |
| 12 dining chairs | | 27,582.66 | 27,582.66 | 0 RMS 07/27/08 | 1107/1140 Delivery Associates | 3340.4 |
| 3 bar stools | | 4,526.66 | 4,526.66 | 0 RMS 07/22/08 | 1107/1140 Delivery Associates | incl.in 3340.4 |
| 2 lamps | | 1,046.40 | 1,046.40 | 0 RMS 07/22/08 | 1107/1140 Delivery Associates | incl.in 3340.4 |
| Freight/delivery | | 78.48 | 78.48 | 0 RMS 07/22/08 | 1107/1140 Delivery Associates | |
| Total | | 33,234.20 | 33,234.20 | | | |
| Invoice #2033 | 9/15/2008 | | | | | |
| Great Room Chairs/ottomans | | 16,185.66 | 16,185.66 | 0 RMS 07/27/08 | 1141 & 1174 Delivery Associates | 699 |
| Freight/delivery | | 680.50 | 680.50 | 0 RMS 07/27/08 | 1174 Delivery Associates | |
| Total | | 16,866.16 | 16,866.16 | | Delivery Associates | |
| Invoice #1240 | 12/17/2008 | | | | | |
| Mirror Entry | | 2,679.00 | | 3,248.00 RMS 07/27/08 | 1141 Delivery Associates | 219.75 |
| Chandeliers (2) * | | 8,000.00 | | RMS 07/27/08 | 1141 Delivery Associates | unknown |
| Game Table | | 2,636.22 | 30,000.00 | RMS 07/27/08 | 1141 Delivery Associates | 4866.1 |
| Game Chairs (4) | | 4,801.13 | | | Delivery Associates | incl. in 4866.10 |
| Trestle table | | 5,220.00 | | | Delivery Associates | incl. in 4866.10 |
| Bar stools (6) | | 4,175.00 | | | Delivery Associates | incl. in 4866.10 |
| Side chairs (8) | | 6,080.00 | | | Delivery Associates | incl. in 4866.10 |
| Custom dining table | | 16,000.00 | | | Delivery Associates | 1337.55 |

Case: 12-01134    Doc# 8    Filed: 06/18/13    Entered: 06/18/13 14:41:10    Page 4 of 6

| | | | | |
|---|---|---|---|---|
| Chests (2) | 7,733.33 | | Delivery Associates | incl. in 4866.10 |
| Custom bed | 10,000.00 | | Delivery Associates | incl. in 4866.10 |
| Custom chests (2) | 7,200.00 | | Delivery Associates | 1337.55 |
| Custom bed | 8,133.29 | 36,991.58 4,987.39 RMS 04/14/09 | Delivery Associates | 1337.55 |
| Total | 82,657.97 | | Delivery Associates | |
| | | | | |
| Grand Total | $216,796.34 | | | |



Bill
114

To: Delivery Assoc.  From: Robbie Stern
Fax:  Date: 8/29/07
Phone:  Pages: 1
Re: Pick up + Del.  CC:

☒ Urgent   X For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments:
Can you pick up from Beacon Hill at PDC
#9497626 — 1 Armoire  s/m Kravant — small mirror
and Hold For Storage
#9489182 — 1 - Buffet  s/m Cuttycoat Ranch
and Hold For Storage
① #9489181 — 1 - Armoire
           1 - 2 Piece Buffet w/Hutch  s/m Sajtman
① Del To: Marilyn Sajtman
         24633 Vantage Point Terrace
         Malibu CA. 90265
         (310) 456-6535

1975

Thanks
Robbi


PLAINTIFF'S EXHIBIT 2

Case: 12-01134   Doc# 8   Filed: 06/18/13   Entered: 06/18/13 14:41:10   Page 6 of 6