LAW OFFICES OF DAVID P. GARDNER
David P. Gardner, Esq. (SBN 123787)
755 Baywood Drive, 2nd Floor
Petaluma, CA 94951
T: 707-658-4460
F: 707-665-5291

Attorney for Defendant
DELIVERY ASSOCIATES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RMS PROPERTIES, LLC,<br><br>        Debtor.<br>_____<br><br>RMS PROPERTIES, LLC,<br><br>        Plaintiff,<br><br>        vs.<br><br>DELIVERY ASSOCIATES, INC.,<br><br>        Defendant.<br>_____ | Chapter 11 Case No. 11–10231<br><br><br><br><br><br>Adversary Proceeding No. 12–1134<br><br>**EX PARTE APPLICATION TO CONTINUE TRIAL DATE DUE TO MEDICAL NECESSITY**<br><br>Trial:  June 25, 2013<br>Time:  9:00 a.m.<br>Place:  Courtroom No. 1<br>         99 South E Street<br>         Santa Rosa, CA 95403 |

      Deffendant Delivery Associates, Inc. hereby submits the following ex parte application to continue trial date.

      This matter is set for trial on Tuesday, June 25, 2013. Unfortunately, counsel for defendant Delivery Associates, Inc. is medically unable to proceed with trial on that date. Declarations of defense counsel and his doctor will be filed herewith in support. No previous request to continue the trial date has been requested.

      This application is submitted in the interests of justice so defendant Delivery Associates, Inc. will have a trial based on the merits of this action and not be prejudiced by defense counsel's medical condition.

1

Plaintiff's counsel was notified of this application as soon as possible, initially by voice mail on June 21, 2013, at approximately 2:00 p.m, and again when plaintiff's counsel called back this morning at approximately 10:12 a.m.

Respectfully submitted,

Dated: June 24, 2013

/s/ David P. Gardner
David P. Gardner