LAW OFFICES OF DAVID P. GARDNER
David P. Gardner, Esq. (SBN 123787)
755 Baywood Drive, 2nd Floor
Petaluma, CA 94951
T: 707-658-4460
F: 707-665-5291

Attorney for Defendant
DELIVERY ASSOCIATES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RMS PROPERTIES, LLC,<br><br>        Debtor.<br>_____<br><br>RMS PROPERTIES, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>DELIVERY ASSOCIATES, INC.,<br><br>        Defendant.<br>_____ | Chapter 11 Case No. 11–10231<br><br><br><br><br><br>Adversary Proceeding No. 12–1134<br><br>**DECLARATION OF DAVID P. GARDNER IN SUPPORT OF EX PARTE APPLICATION TO VACATE TRIAL DATE AND RE-OPEN DISCOVERY**<br><br>Trial: June 25, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom No. 1<br>        99 South E Street<br>        Santa Rosa, CA 95403 |

I, David P. Gardner, hereby declare as follows:

1. I am a an attorney licensed to practice before all courts of the State of California and am the attorney of record for defendant Delivery Associates, Inc. herein. I make this declaration in support of Defendant's Ex Parte Application to Vacate Trial Date and Re-open Discovery. The facts set forth below are true of my own personal knowledge, and if called as a witness I could and would testify competently thereto.

2. I have a medical condition which has prevented me from working at full capacity for the past several weeks. Although I believed I would be able to fully prepare for the upcoming trial of

1

1. this matter on Tuesday, June 25, 2013, because of my medical condition that has not been possible and I have been unable to do so.

3. I am being treated by Dr. David A. Browne and I believe that my medical condition will be resolved with treatment and that I will be able to work at full capacity in 60-90 days.

4. I have been practicing law and litigating in California since 1986 and have never previously had to bring a motion to continue or vacate a trial date.

5. I make this application in the interests of justice so that my client will have a trial based on the merits of this action and not be prejudiced by my medical condition.

6. After receiving my doctor's signed declaration on June 21, 2013, I called Mikel D. Bryan, attorney for plaintiff RMS Properties, LLC, at approximately 2:00 p.m. to discuss this matter with him and notify him of this application. Unfortunately his office closes at noon of Fridays and I was unable to reach him. I did, however, leave a voice mail message for Mr. Bryan with my cell phone number and asked him to call me as soon as possible.

7. Mr. Bryan returned my call at 10:12 a.m. this morning and stated that he would not oppose a request for a continuance of the trial date based on my current medical condition.

Dated: June 24, 2013    /s/ David P. Gardner  
David P. Gardner