LAW OFFICES OF DAVID P. GARDNER
David P. Gardner, Esq. (SBN 123787)
755 Baywood Drive, 2nd Floor
Petaluma, CA 94951
T: 707-658-4460
F: 707-665-5291

Attorney for Defendant
DELIVERY ASSOCIATES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RMS PROPERTIES, LLC,<br><br>        Debtor.<br>_____<br><br>RMS PROPERTIES, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>DELIVERY ASSOCIATES, INC.,<br><br>        Defendant.<br>_____ | Chapter 11 Case No. 11–10231<br><br><br><br><br><br>Adversary Proceeding No. 12–1134<br><br>**ORDER ON DEFENDANT'S EX PARTE APPLICATION TO VACATE TRIAL DATE**<br><br>Trial: June 25, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom No. 1<br>       99 South E Street<br>       Santa Rosa, CA 95403 |

      Having considered the declarations of Dr. David A. Brown, MD, and of attorney David P. Gardner in support of defendant Delivery Associates, Inc.'s Ex Parte Application to Vacate Trial Date and Re-Open Discovery, and good cause appearing,

      IT IS HEREBY ORDERED that the trial date of June 25, 2013, is vacated. The discovery cutoff date is not vacated.

      IT IS FURTHER ORDERED that a Trial Scheduling conference shall be calendared for July 15, 2013, to re-set this case for trial.

//

1

Dated: June 24, 2013

_____
Alan Jaroslovsky
Chief Bankruptcy Judge

2

Case: 12-01134    Doc# 12    Filed: 06/24/13    Entered: 06/24/13 17:22:46    Page 2 of 2